William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION            21 MC 102 (AKH)

───────────────────────────────X

FELIX VELARDE (AND WIFE, ESTNER
CASTILLO)
                                              **NOTICE OF THE
                                              BROOKFIELD
                    V.                        PARTIES' ADOPTION OF
                                              AMENDED ANSWER
                                              TO MASTER
                                              COMPLAINT**

AMERICAN EXPRESS BANK, LTD, ET. AL.,
                                              CASE NUMBER: (AKH)
                                              07 CV 1544
───────────────────────────────X

PLEASE TAKE NOTICE THAT Defendants BFP Tower C Co. LLC, BFP Tower C MM LLC and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
     October 22 2007

                      Faust, Goetz, Schenker & Blee, LLP

                      By: William J. Smith (WJS-9137)
                      Attorneys for the Brookfield Parties
                      Two Rector Street, 20th Floor
                      New York, NY 10006
                      (212) 363-6900